UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SUSAN BEALS, in her Official Capacity as Commissioner of the Virginia Department of Elections, <br><br> Defendant. | No. 3:26-cv-00042 |

### NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE AND NAACP VIRGINIA STATE CONFERENCE'S MOTION TO INTERVENE

NOW COME Proposed Intervenors NAACP and the NAACP Virginia State Conference, by and through counsel, and move to intervene as defendants in this matter pursuant to Rules 24(a) and 24(b) of the Federal Rules of Civil Procedure.

WHEREFORE, for the reasons stated in Proposed Intervenors' Memorandum of Law in Support of Motion to Intervene, which is incorporated herein by reference, NAACP and the NAACP Virginia State Conference respectfully request that this Court GRANT their Motion to Intervene as Defendants and further ORDER that they be permitted to participate in this action as Defendants.

Counsel for Plaintiff indicated that Plaintiff takes no position on the motion. No counsel for Defendant has yet appeared in this case. Proposed Intervenors intend to seek Defendant's position on the motion once counsel has entered an appearance.

Dated: January 26, 2026

Respectfully submitted,

*/s/ Aria C. Branch*
Aria C. Branch, VSB #83682
Richard A. Medina, DC Bar No. 90003752*
Kevin R. Kowalewski, NY Bar No. 5946645*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 968-4498
abranch@elias.law
rmedina@elias.law
kkowalewski@elias.law

Walker R. McKusick, WA Bar No. 63205*
**ELIAS LAW GROUP LLP**
T: (206) 656-0177
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
wmckusick@elias.law

* *Pro Hac Vice* Applications Forthcoming

*Counsel for Proposed Intervenors*

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 26th day of January, 2026, with a copy of this document via the Court's CM/ECF system. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

*/s/ Aria C. Branch*
Aria C. Branch, VSB #83682
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 968-4498
abranch@elias.law

*Counsel for Proposed Intervenors*
