IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

THE UNITED STATES OF AMERICA,

                Plaintiff,

       v.

SUSAN BEALS, in her Official Capacity as Commissioner of the Virginia Department of Elections

                Defendant.

**Case Number: 3:26-cv-00042-RCY**

**MOTION FOR LEAVE TO WITHDRAW COUNSEL**

Plaintiffs, pursuant to Local Rule 83.1(H), respectfully request that the Court grant leave for Plaintiffs to withdraw Attorney Harmeet Dhillon, in her former capacity as Attorney for Dhillon Law Group, Inc., and Attorney Lindsey Halligan in the above-captioned case. The United States will continue to be represented by Attorney Eric Neff and Attorney John Casali.

Please remove Harmeet Dhillon and Lindsey Halligan from the docket and electronic service list in this case.

Dated: March 19, 2026.

                Respectfully submitted,

                HARMEET K. DHILLON
                Assistant Attorney General
                Civil Rights Division

                ROBERT J. KEENAN
                Acting Deputy Assistant Attorney General
                Civil Rights Division

                ERIC V. NEFF

Acting Chief, Voting Section

*/s/ John R. Casali*
JOHN R. CASALI

Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street
Washington, D.C. 20002
John.casali@usdoj.gov
Tel. (202) 316-8087
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, a true and correct copy of the foregoing document was served via the court's electronic filing system on all counsel of record.

/s/ John R. Casali
John R. Casali
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
John.Casali@usdoj.gov
Telephone: (202) 316-8087