IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,      )
      Plaintiff,      )
            )
    v.      )      Civil Action No. 3:26CV42 (RCY)
            )
STEVEN KOSKI,[1] *in his official capacity*      )
*as Commissioner of the Virginia*      )
*Department of Elections*,      )
      Defendant.      )
            )

**ORDER**

This matter is before the Court on two Motions to Intervene.  *See* ECF Nos. 6, 15.  The Court understands that the United States has consented to the motion of proposed intervenors Common Cause and Katherine Ellena, *see* Unopposed Mot. Common Cause and Katherine Ellena Intervene 2, and further, that the United States takes no position on the motion to intervene advanced by the National Association for the Advancement of Colored People (NAACP) and the NAACP Virginia State Conference, *see* NAACP Mot. Intervene 1.

The Court observes that the Defendant was served with the Summons, Complaint, and First Amended Complaint in this matter on April 13, 2026.  The Court DIRECTS Defendant to enter an appearance and file a notice of its position on the pending Motions to Intervene on or before April 22, 2026.

The Clerk is DIRECTED to send a copy of this Order to counsel of record for the United States and proposed intervenors.  The United States Marshals Service SHALL serve a copy of this Order on Defendant at the following address as soon as is practicable:

---

[1] Steven Koski became the Commissioner of the Virginia Department of Elections after the initial Complaint was filed in this case.  The Amended Complaint substitutes Steven Koski as the Defendant in this matter, which is reflected in the case caption employed here.  *Compare* Compl., ECF No. 1, *with* Am. Compl., ECF No. 28.

2

Steven Koski, Commissioner
Virginia Department of Elections
Washington Building, First Floor
1100 Bank Street
Richmond, VA  23219

It is so ORDERED.

_____ /s/
Date: <u>April 15, 2026</u>                                    Roderick C. Young
Richmond, Virginia                                       United States District Judge

2