IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,      )
        Plaintiff,      )
          )
    v.      )      Civil Action No. 3:26CV42 (RCY)
          )
STEVEN KOSKI,[1] *in his official capacity*  )
*as Commissioner of the Virginia*  )
*Department of Elections*,  )
        Defendant.  )
          )

## ORDER

This matter is before the Court on a Motion for Leave to Withdraw Counsel (ECF No. 27) filed by Plaintiff, asking that the Court permit the withdrawal of attorneys Harmeet Dhillon and Lindsay Halligan as counsel of record for Plaintiff in this matter. Plaintiff represents that it will remain represented by Department of Justice attorneys Eric Neff and John Casali.

For good cause shown, it is hereby ORDERED that (1) the Motion to Withdraw (ECF No. 27) is GRANTED; and (2) Harmeet Dhillon and Lindsay Halligan shall be REMOVED as counsel of record for Plaintiff in this matter. Eric Neff and John Casali shall remain counsel of record for the same.[2]

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

 

/s/ *RCY*
_____

Date: <u>April 21, 2026</u>      Roderick C. Young
Richmond, Virginia      United States District Judge

---

[1] Steven Koski replaced Susan Beals as the Commissioner of the Virginia Department of Elections after the initial Complaint was filed in this case. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he has been substituted for Beals as Defendant in this action.

[2] The Motion to Withdraw is silent with respect to local Assistant United States Attorney Jonathan Holland Hambrick and DOJ attorney Raymond Yang, who have also noticed appearances in this matter on behalf of Plaintiff. Until such time as the Court is informed otherwise, it will assume attorneys Hambrick and Yang also remain counsel of record for Plaintiff.