**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States Of America | 3:26cv42 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Steven Koski | Order |

**SERVE AT** { 

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Steven Koski, Commissioner, Virginia Department of Elections

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Washington Building, First Floor, 1100 Bank Street, Richmond, VA 23219

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| United States District Court 701 East Broad Street, Ste 3000 Richmond, VA 23219 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. A83 | No. A83 | *Ka O. Murphy* | 04/16/2026 |

☑ I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 04/21/2026 | 0930 | ☑ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | *Ka O. Murphy* |

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

1) On 04/16 @ 1300 hours, endeavor attempted. Staff stated that Koski had just left for lunch.

2) ENDEAVOR #2 1325 4/20/26 @ LISTED ADDRESS. STACEY w/ BOARD OF ELECTIONS PERFORM [?] NOT HERE, again. ADVISED TO COME BACK TOMORROW. MAY OR MAY NOT BE HERE AT 0930 [?] NOTE SPECIAL ELECTION ON 4/28/26.

3) On 04/21 @ 0930 hours, order served to Koski.

Case 3:26-cv-00042-RCY    Document 34    Filed 04/15/26    Page 1 of 2 PageID# 289

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26CV42 (RCY) |
| | ) | |
| STEVEN KOSKI,[1] *in his official capacity* | ) | |
| *as Commissioner of the Virginia* | ) | |
| *Department of Elections,* | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on two Motions to Intervene. *See* ECF Nos. 6, 15. The Court understands that the United States has consented to the motion of proposed intervenors Common Cause and Katherine Ellena, *see* Unopposed Mot. Common Cause and Katherine Ellena Intervene 2, and further, that the United States takes no position on the motion to intervene advanced by the National Association for the Advancement of Colored People (NAACP) and the NAACP Virginia State Conference, *see* NAACP Mot. Intervene 1.

The Court observes that the Defendant was served with the Summons, Complaint, and First Amended Complaint in this matter on April 13, 2026. The Court DIRECTS Defendant to enter an appearance and file a notice of its position on the pending Motions to Intervene on or before April 22, 2026.

The Clerk is DIRECTED to send a copy of this Order to counsel of record for the United States and proposed intervenors. The United States Marshals Service SHALL serve a copy of this Order on Defendant at the following address as soon as is practicable:

---

[1] Steven Koski became the Commissioner of the Virginia Department of Elections after the initial Complaint was filed in this case. The Amended Complaint substitutes Steven Koski as the Defendant in this matter, which is reflected in the case caption employed here. *Compare* Compl., ECF No. 1, *with* Am. Compl., ECF No. 28.

Steven Koski, Commissioner
Virginia Department of Elections
Washington Building, First Floor
1100 Bank Street
Richmond, VA  23219

It is so ORDERED.

Date: <u>April 15, 2026</u>
Richmond, Virginia

_____ /s/
Roderick C. Young
United States District Judge