**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-042 (RCY) |
| | ) | |
| STEVEN KOSKI, in his Official Capacity | ) | |
| as Commissioner of the Virginia State | ) | |
| Board of Elections, | ) | |
| | ) | |
| **Defendant.** | ) | |

**STEVEN KOSKI'S NOTICE OF POSITION**

Defendant Steven Koski, in his official capacity as a member of the Virginia State Board of Elections, respectfully submits this notice in response to the Court's April 15, 2026, Order (ECF No. 34). Defendant does not oppose the motions to intervene filed by (1) the NAACP and the NAACP Virginia State Conference (ECF No. 6), and (2) Common Cause and Katherine Ellena (ECF No. 15).

Dated: April 22, 2026

**RESPECTFULLY SUBMITTED,**

By: */s/ Triston Chase O'Savio*

Jay Jones
   *Attorney General*

Tillman J. Breckenridge (VSB #84657)
   *Solicitor General*
Triston Chase O'Savio (VSB #100111)
   *Assistant Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

*Counsel for Steven Koski, Commissioner of
the Virginia State Board of Elections*

1

## <u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY that on April 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

/s/     *Triston Chase O'Savio*
Triston Chase O'Savio, Esq.
*Counsel for the ELECT Defendants*

2