**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-042 (RCY) |
| | ) | |
| STEVEN KOSKI, in his Official Capacity as | ) | |
| Commissioner of the Virginia State Board of | ) | |
| Elections, | ) | |
| | ) | |
|     Defendant. | ) | |

**STEVEN KOSKI'S MOTION FOR AN EXTENSION
OF TIME IN WHICH TO ANSWER THE AMENDED COMPLAINT**

Defendant Steven Koski respectfully requests a 30-day extension by which to respond to the March 19, 2026, amended complaint (ECF No. 28).  *See* Fed. R. Civ. P. 6(b)(1).

In January 2026, the United States filed the original complaint in this case.  ECF No. 1. On March 19, 2026, the United States filed an amended complaint.  ECF No. 28.  On April 13, 2026, the United States served a copy of the amended complaint on Commissioner Koski.  ECF No. 33.  The answer is currently due May 5, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i); 6(a)(1)(A).[1] With this proposed 30-day extension, the response would be due on or before June 4, 2026.

On April 27, 2026, the undersigned has reached out to counsel for the United States for its position on this extension motion.  On April 29, 2026, the United States filed a motion to compel.

---

[1] A text order associated with ECF No. 33 states that the answer is due May 4, 2026. *See* Docket Entry dated Apr. 14, 2026. However, Federal Rule of Civil Procedure 6(a)(1)(A) "exclude[s counting] the day of the event that triggers the period," *id.*, which was April 13, 2026. So, starting counting the following day, 21 days from April 14 would be May 5, 2026. Alternatively, Commissioner Koski asks for an answer deadline of June 4, 2026, regardless of whether that would be a 30- or 31-day extension.

1

ECF No. 39.  Later that day, the United States responded that it would consent to a 14-day extension and did not specifically provide a position on a 30-day extension.

Good cause exists to grant the requested extension. First, this case presents a novel theory by which the United States is demanding the voter-roll data of the Commonwealth, including sensitive personally identifiable information of voters. Understanding it, and the various ways in which other states have responded to similar recent lawsuits filed across the county, *see* ECF No. 7 at 2 (collecting cases), is a significant undertaking that requires additional time. Second, in addition to preparing a response to the amended complaint, Commissioner Koski must now also prepare a response to the United States' newly filed motion to compel, which will require additional time and resources. Third, for the past several weeks, Commissioner Koski and his counsel have been engaged in the press of other business, including responding to various challenges to Virginia's redistricting initiative. *See Scott v. McDougle*, No. 260127 (Va. 2026); *Koski v. Republican National Committee*, No. 260169 (Va. 2026). Accordingly, they seek additional time to prepare the response in this case.

Moreover, the United States will not be unduly prejudiced by a 30-day extension. Notably, the United States filed the original complaint, but did not serve it, in January 2026. Instead, approximately 87 days elapsed between the filing of the original complaint and service of the amended complaint. *See* ECF Nos. 1, 33. Additionally, had the United States sought waiver of service—to the undersigned's awareness, it did not—Commissioner Koski would have had 60 days from the request for waiver to answer the complaint if he had agreed to waive. Fed. R. Civ. P. 12(a)(1)(A)(ii).

A proposed order is attached to this motion.

Accordingly, Commissioner Koski respectfully requests that this Court grant this motion and set an answer deadline of June 4, 2026.

Dated: April 30, 2026                    **RESPECTFULLY SUBMITTED,**

                                         By: */s/ Triston Chase O'Savio*

Jay Jones                                Tillman J. Breckenridge (VSB #84657)
   *Attorney General*                        *Solicitor General*
                                         Triston Chase O'Savio (VSB #100111)
                                             *Assistant Solicitor General*

                                         Office of the Attorney General
                                         202 North Ninth Street
                                         Richmond, Virginia 23219
                                         (804) 786-2071 – Telephone
                                         (804) 786-1991 – Facsimile
*Counsel for Steven Koski, Commissioner of the*   SolicitorGeneral@oag.state.va.us
*Virginia State Board of Elections*

## **<u>CERTIFICATE OF SERVICE</u>**

THIS IS TO CERTIFY that on April 30, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

*/s/     Triston Chase O'Savio*
Triston Chase O'Savio, Esq.
*Counsel for Steven Koski, Commissioner of the Virginia State Board of Elections*

4