UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEVEN KOSKI, in his Official Capacity as Commissioner of the Virginia Department of Elections,<br><br>Defendant. | CASE NO: 3:26-cv-00042-RCY |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO ANSWER THE AMENDED COMPLAINT

The United States files this response to clarify its position on Defendant's extension request. On April 27, counsel for Defendant Steven Koski, Triston O'Savio, requested via email a thirty (30) day extension of time to answer the amended complaint, which was served to him on April 13.  On April 29, the United States filed its Motion to Compel, with its own 14 day reply deadline. The United States served that motion, and also represented it had no objection to a 14-day extension for the reply to the amended complaint, which it has been agreeing to in most or all other similar cases.  To clarify its position, the United States does not object to the response to both filings being due **May 19**, but opposes any further extension.

This action is a "special statutory proceeding" meant to achieve a "prompt and expeditious inspection" of records. *Kennedy v. Lynd*, 306 F.2d 222, 225-231 (5th Cir. 1962). Accordingly, the United States respectfully submits there is an urgent, statutory requirement for the relief that it requests and that a 30-day extension of time would unnecessarily delay the proceedings.

1

DATED: April 30, 2026

TODD W. BLANCHE
Acting Attorney General

By: /s/ Jonathan H. Hambrick
Jonathan H. Hambrick
VSB No. 37590
*Local Attorney for the United States*
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone:  (804) 819-5400
Facsimile:  (804) 771-2316
Email:  jay.h.hambrick@usdoj.gov

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

*/s/ John R. Casali*
JOHN R. CASALI
RAYMOND YANG
Trial Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.135
Washington, D.C. 20002
Email: john.casali@usdoj.gov
Phone: (202) 316-8087

*Attorneys for the United States*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ *John Casali*
John R. Casali
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.135
Washington, D.C. 20002
Telephone: (202) 316-8087
Email: john.casali@usdoj.gov