IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,            )
        Plaintiff,                         )
                                  )
        v.                                 )               Civil Action No. 3:26CV42 (RCY)
                                  )
STEVEN KOSKI, *in his official capacity*   )
*as Commissioner of the Virginia*          )
*Department of Elections*,                  )
        Defendant.                          )
                                  )

**ORDER**

This matter is before the Court on Defendant's Motion for an Extension of Time to Answer the Amended Complaint ("Motion for Extension," ECF No. 40). Defendant seeks a 30-day extension to respond to the Amended Complaint in this matter due to the novelty of the issue presented and competing case demands. Defendant points out that Plaintiff has recently filed a Motion to Compel, ECF No. 39, which will require additional time and resources at the same time Defendant is preparing his response to Plaintiff's Amended Complaint. Mot. Extension 2. In its Response, Plaintiff explains that the United States does not object to a deadline of May 19, 2026, for both Defendant's responsive pleading and response to its Motion to Compel but does oppose any further extension. Resp. 1, ECF No. 41.

The Court is committed to the prompt and efficient litigation of the above-styled dispute but finds that Plaintiff will not suffer undue prejudice if subject to modest extensions. Accordingly, and for good cause shown, the Court hereby GRANTS IN PART the Motion for Extension (ECF No. 40). Defendant SHALL answer or otherwise respond to the Amended Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure on or before May 19, 2026. Defendant SHALL subsequently file its Response to Plaintiff's Motion to Compel on or before

May 26, 2026.  The United States' Reply in Support of its Motion to Compel, if any, SHALL be due six days thereafter on June 1, 2026.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

_____ /s/

Roderick C. Young
United States District Judge

Date: May 5, 2026
Richmond, Virginia

2