**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

STEVEN KOSKI, in his Official Capacity as
Commissioner of the Virginia Department of
Elections,

          Defendant.

No. 3:26-cv-00042-RCY

**[PROPOSED] ORDER**

Upon consideration of the Motion to Dismiss filed by NAACP and NAACP Virginia State Conference, alongside the materials filed in support thereof, as well as any opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the Amended Complaint is dismissed with prejudice.

It is so **ORDERED**.

Date: _____
Richmond, Virginia

_____
Hon. Roderick C. Young
United States District Judge

1