**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>      Plaintiff, <br><br>  v. <br><br> STEVEN KOSKI, in his Official Capacity as Commissioner of the Virginia Department of Elections, <br><br>      Defendant. | No. 3:26-cv-00042 <br> (Hon. Roderick C. Young) |

**MOTION OF INTERVENOR-DEFENDANTS COMMON CAUSE AND**
**KATHERINE ELLENA TO DISMISS THE COMPLAINT**

Common Cause and Katherine Ellena (collectively, "Intervenor-Defendants") move to dismiss the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure for failure to state a claim for which relief may be granted. A memorandum setting forth the facts and legal argument necessary to support their motion, with exhibits attached, is being filed concurrently herewith. *See* L.R. 7(F)(1).

The requests propounded by the U.S. Department of Justice ("DOJ") on the State of Virginia, as set forth in the First Amended Complaint, do not satisfy the core statutory requirement that any federal demand for information under the Civil Rights Act of 1960 include a statement of "the basis and the purpose" for the federal data request. 52 U.S.C. § 20703. Even if they did, production would still be inappropriate, because the requested documents fall outside the scope of

the United States' investigative authority and because the United States's request for this data without any redaction or protections for voters' privacy is unlawful.

The Court should dismiss this action.

## CONCLUSION

The Court should dismiss the First Amended Complaint.

Dated: May 19, 2026                              Respectfully submitted,

<u>/s/ Davin Rosborough</u>
Ari J. Savitzky*
Davin Rosborough (Va. Bar No. 85935)
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
Facsimile: (212) 549-2539
asavitzky@aclu.org
drosborough@aclu.org
slakin@aclu.org

Patricia J. Yan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
Tel.: (202) 457-0800
pyan@aclu.org

*Counsel for Intervenor-Defendants Common Cause and Katherine Ellena*

* Admitted *pro hac vice*

2