**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>STEVEN KOSKI, in his Official Capacity as Commissioner of the Virginia Department of Elections,<br><br>     Defendant. | No. 3:26-cv-00042<br>(Hon. Roderick C. Young) |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Dismiss filed by Common Cause and Katherine Ellena, alongside the materials filed in support thereof, as well as any opposition thereto, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the Amended Complaint is dismissed with prejudice.

SO ORDERED.


_____, 2026


_____

Hon. Roderick C. Young