# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

UNITED STATES OF AMERICA,

      *Plaintiff*,

    v.

STEVEN KOSKI, in his official capacity as
Commissioner of the Virginia Department of
Elections,

      *Defendant*.

No. 3:26-cv-42

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

In support of Defendant's motion to dismiss, Defendant submits this notice of supplemental authority to draw the Court's attention to two decisions issued on May 21, 2026. Both decisions granted motions to dismiss the United States' parallel lawsuits demanding that state elections officials produce statewide voter registration lists. That means each of the eight courts that has considered and addressed whether the United States failed to state a claim under Title III of the Civil Rights Act has dismissed the United States' claim.

On May 21, 2026, a federal district court in Wisconsin dismissed the United States' complaint with prejudice and without leave to amend. *United States v. Wis. Elections Comm'n*, No. 25-cv-1036-JDP, 2026 WL 1430354, at *5 (W.D. Wis. May 21, 2026). That court concluded that "voter registration lists are not documents subject to production under Title III," *id.* at *5, because 52 U.S.C. "§ 20701 does not encompass records created by state election officials, including voter registration lists," *id.* at *4.

That same day, a federal district court in Maine dismissed the United States' complaint on the same basis. *United States v. Bellows*, No. 1:25-cv-468-LEW, 2026 WL 1430481 (D. Me. May

21, 2026). Because Title III's preservation and disclosure requirements apply "only to records and papers that 'come into [the election officer's] possession,' 52 U.S.C. § 20701, and not the lists and tools created by the state to administer its elections," *id.* at *9 (alterations in original), the court held that the United States' complaint "lacks the statutory grounding needed to state a claim upon which relief may be granted," *id.* at *5.

Date: May 26, 2026

Jay Jones
 *Attorney General*

Travis G. Hill
 *Chief Deputy Attorney General*

Respectfully submitted,

STEVEN KOSKI, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE VIRGINIA DEPARTMENT OF ELECTIONS

By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge (#84657)*
 *Solicitor General*

Triston Chase O'Savio (#100111)*
 *Assistant Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 786-2071
Facsimile: (804) 786-1991
SolicitorGeneral@oag.state.va.us

*Counsel of Record for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May, 2026, I filed the foregoing using the Court's

CM/ECF filing system, which sends an electronic notification of the same to counsel of record.

By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge (#84657)*
*Solicitor General*