IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26CV42 (RCY) |
| | ) | |
| STEVEN KOSKI, *in his official capacity* | ) | |
| *as Commissioner of the Virginia* | ) | |
| *Department of Elections*, | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on a Motion to File Brief as *Amicus Curiae* ("Motion," ECF No. 52) advanced by the Democratic National Committee ("DNC") in opposition to the U.S. Department of Justice's Motion to Compel (ECF No. 39), and in support of Commissioner Koski's Motion to Dismiss (ECF No. 46). The Court understands that the DNC has met and conferred with the Parties, and further that Commissioner Koski takes no position on the instant motion whereas the United States, NAACP Intervenors, and Common Cause Intervenors do not oppose.

Upon review, the Court finds it appropriate to exercise its discretion to GRANT the motion. Accordingly, the DNC's proposed *amicus curiae* brief (ECF No. 52-1) is hereby deemed FILED and will be considered by the Court in its forthcoming adjudication of the Motion to Compel and Motion(s) to Dismiss currently pending in this action.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

_____/s/_____
Roderick C. Young
United States District Judge

Date: June 16, 2026
Richmond, Virginia