**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN KOSKI, in his Official Capacity as Commissioner of the Virginia Department of Elections,<br><br>Defendant. | No. 3:26-cv-00042-RCY |

**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED
PEOPLE AND NAACP VIRGINIA STATE CONFERENCE'S
MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant-Intervenors NAACP and NAACP Virginia State Conference ("NAACP Intervenors") respectfully move for leave to provide the Court notice of supplemental authority supporting Defendant-Intervenors' pending Motion to Dismiss. *See* ECF No. 48 (Mot. to Dismiss); ECF No. 49 (Mem. Supp. Mot. to Dismiss).

A federal court within the Fourth Circuit has dismissed DOJ's parallel suit seeking Maryland's unredacted statewide voter registration list. *See United States v. DeMarinis*, No. 1:25-cv-03934, 2026 WL 1780586 (D. Md. June 18, 2026) (attached as Exhibit 1). The court first concluded that, under *United States v. Powell*, 379 U.S. 48 (1964), the Federal Rules of Civil Procedure applied to the case because the Civil Rights Act contains no provision specifying a different procedure to invoke the district court's jurisdiction. *DeMarinis*, 2026 WL 1780586 at *3. It then joined four other federal courts in concluding that state voter registration lists do not constitute a record or paper that "come[s] into [the] possession" of the State and is subject to production pursuant to 52 U.S.C. § 20701. *See id.* at *4; *see also United States v. Bellows*, No.

1

1:25-cv-00468, 2026 WL 1340481 (D. Me. May 21, 2026), *appeal docketed*, No. 26-1676 (1st Cir. June 15, 2026); *United States v. Wis. Elections Comm'n*, No. 25-cv-1036, 2026 WL 1430354 (W.D. Wis. May 21, 2026), *appeal docketed*, No. 26-02217 (7th Cir. June 5, 2026); *United States v. Benson*, 819 F. Supp. 3d 753 (W.D. Mich. 2026), *argued*, No. 26-1225 (6th Cir. May 13, 2026); *United States v. Fontes*, No. 2:26-cv-66, 2026 WL 1177244 (D. Ariz. Apr. 28, 2026), *appeal docketed*, No. 26-3609 (9th Cir. June 4, 2026). The court reasoned that interpreting § 20701 to cover the voter registration list would conflict with 52 U.S.C. § 20702, which criminalizes the alteration of any record or paper covered under § 20701, and would lead to the absurd result of criminalizing conduct required by the NVRA and HAVA. *DeMarinis*, 2026 WL 1780586 at *5. It therefore dismissed the case with prejudice. *Id.* at *5–6.

Nine federal courts have now dismissed DOJ's complaints in these matters, whereas not one has found it to have stated a valid claim.

Dated: June 23, 2026

Respectfully submitted,

*/s/ Aria C. Branch*
Aria C. Branch, VSB #83682
Richard A. Medina, DC Bar No. 90003752*
Kevin R. Kowalewski, NY Bar No. 5946645*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 948-1135
F: (202) 968-4498
abranch@elias.law
rmedina@elias.law
kkowalewski@elias.law

Walker R. McKusick, WA Bar No. 63205*
**ELIAS LAW GROUP LLP**
T: (206) 656-0177
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
wmckusick@elias.law

* Admitted *Pro Hac Vice*
*Counsel for NAACP Intervenors*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of June, 2026, with a copy of this document via the Court's CM/ECF system.

*/s/ Aria C. Branch*
Aria C. Branch, VSB #83682
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 948-1135
F: (202) 968-4498
abranch@elias.law

*Counsel for NAACP Intervenors*

3