IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,                )
           Plaintiff,                )
                                )
                                )
     v.                )         Civil Action No. 3:26CV42 (RCY)
                                )
STEVEN KOSKI, *in his official capacity*        )
*as Commissioner of the Virginia*        )
*Department of Elections*,                )
           Defendant.                )
_____)

**ORDER**

This matter is before the Court on a Motion for Leave to File Notice of Supplemental Authority (ECF No. 69), filed by Defendant-Intervenors NAACP and NAACP Virginia State Conference ("NAACP Intervenors").

Upon review, the Court finds it appropriate to exercise its discretion to GRANT the Motion (ECF No. 69). Accordingly, the supplemental authority in support of the NAACP Intervenors' pending Motion to Dismiss is hereby ACCEPTED as FILED and will be considered by the Court in its forthcoming adjudication of the Motion(s) to Dismiss currently pending in this action.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

                                        /s/ _____
                                    Roderick C. Young
                                    United States District Judge

Date: June 25, 2026
Richmond, Virginia