IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26CV42 (RCY) |
| | ) | |
| STEVEN KOSKI, *in his official capacity* | ) | |
| *as Commissioner of the Virginia* | ) | |
| *Department of Elections*, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Defendant Steven Koski and the Intervenor Defendants' Motions to Dismiss (ECF Nos. 46, 48, 50) are hereby GRANTED and the United States's Motion to Compel (ECF No. 39) is DENIED. The Court DISMISSES the single count of the Amended Complaint WITH PREJUDICE. Accordingly, the Clerk is DIRECTED to CLOSE this case.

Let the Clerk send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

_____/s/_____

Roderick C. Young
United States District Judge

Date: July 14, 2026
Richmond, Virginia