IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26CV42 (RCY) |
| | ) | |
| STEVEN KOSKI, *in his official capacity* | ) | |
| *as Commissioner of the Virginia* | ) | |
| *Department of Elections*, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on a Motion for Leave to File Third Notice of Supplemental Authority (ECF No. 75) filed by Defendant-Intervenors NAACP and NAACP Virginia State Conference. The above-styled case is now closed. In light of the Court's ruling yesterday on the Motions to Dismiss and Motion to Compel in this matter, the Motion for Leave to File Third Notice of Supplemental Authority (ECF No. 75) is DENIED AS MOOT.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

_____/s/_____
Roderick C. Young
United States District Judge

Date: July 15, 2026
Richmond, Virginia