# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN KOSKI, in his official capacity as Commissioner of the Virginia Department of Elections,<br><br>Defendant. | Case No. 3:26-cv-42-RCY |

## NOTICE OF APPEAL

Plaintiff United States of America, by and through the Acting Attorney General, appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Memorandum Opinion (ECF 76) and Order granting the Defendant and Intervenor-Defendants' Motions to Dismiss and denying the United States' Motion to Compel (ECF 77) entered in this action on July 14, 2026.

Dated: July 24, 2026

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

ANDREW G. BRANIFF
Acting Chief, Appellate Section


*/s/ James Thomas Tucker*
JAMES THOMAS TUCKER
JAMES T. CATANIA
JOHN CASALI
RAYMOND YANG
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Attorneys for the United States of America

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

Respectfully submitted,

*/s/ James Thomas Tucker*
James Thomas Tucker