FILED: September 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2002
(3:26-cv-00042-RCY)

---

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

STEVEN KOSKI, in his Official Capacity as Commissioner of the Virginia Department of Elections

Defendant - Appellee

and

COMMON CAUSE; KATHERINE ELLENA; NAACP VIRGINIA STATE CONFERENCE; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE

Intervenors - Appellees

---

# O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk